AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Chamber of Commerce of the United States of America and Tyler Area Chamber of Commerce <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Health & Human Services, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:21-cv-309 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney's Office for the Eastern District of Texas
110 North College
Suite 700
Tyler, Texas 75702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremiah J. Anderson
King & Spalding LLP
1100 Louisiana Street
Suite 4100
Houston, TX 77002-5213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/16/21

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-309

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the Eastern District of Texas
was received by me on *(date)* August 16, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Betty Lynch, who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office for the Eastern District of Texas at 110 N College, Suite 700 Tyler, Texas 75702 at 2:10 PM on *(date)* August 16, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: August 16, 2021

*Server's signature*

Michael J. Collins, Process Server# PSC-359; Expires 7/31/2022
*Printed name and title*

110 N College, Suite 1002, Tyler, Texas 75702
*Server's address*

Additional information regarding attempted service, etc: