# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and TYLER AREA CHAMBER OF COMMERCE,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF LABOR, EMPLOYEE BENEFITS SECURITY ADMINISTRATION, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES,<br><br>*Defendants.* | Civil Action<br>No. 6:21-cv-309-JDK |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs Chamber of Commerce of the United States of America and Tyler Area Chamber of Commerce hereby voluntarily dismiss their Complaint for Declaratory and Injunctive Relief against Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

August 25, 2021

Respectfully submitted,

/s/ *Jeremiah J. Anderson*

U.S. CHAMBER
LITIGATION CENTER
Daryl Joseffer
D.C. BN: 457185 (*pro hac vice*)
Andrew R. Varcoe
D.C. BN: 473834 (*pro hac vice*)
1615 H Street NW
Washington, D.C. 20062
Tel: (202) 463-5337
djoseffer@uschamber.com
avarcoe@uschamber.com

*Counsel for Plaintiff*
*Chamber of Commerce of the*
*United States of America*

POTTER MINTON, PC
Michael E. Jones
SBN: 10929400
110 North College Avenue
Suite 500
Tyler, TX 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Counsel for Plaintiffs*

KING & SPALDING LLP
Jeremiah J. Anderson
SBN: 24040432
1100 Louisiana Street
Suite 4100
Houston, TX 77002
Tel: (713) 751 3200
Fax: (713) 751-3290
jjanderson@kslaw.com

KING & SPALDING LLP
Jeffrey S. Bucholtz
D.C. BN: 452385 (*pro hac vice*)
   ***Lead Attorney***
Nikesh Jindal
D.C. BN: 492008 (*pro hac vice*)
Alexander Kazam
D.C. BN: 1708188 (*pro hac vice*)
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
jbucholtz@kslaw.com
njindal@kslaw.com
akazam@kslaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2021, a true and correct copy of the foregoing was electronically filed with the clerk of court for the U.S. District Court for the Eastern District of Texas, using the CM/ECF system. A true and correct copy of the foregoing was also served by process server on the defendants as identified and addressed on the summons and complaint as previously served by process server.

                                                 */s/    Jeremiah J. Anderson*
                                                      Jeremiah J. Anderson