IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and TYLER AREA CHAMBER OF COMMERCE,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　Defendants. | § § § § § § § § § § § § § § § § § § Case No. 6:21-cv-309-JDK |

## ORDER CLOSING CASE

Before the Court is the Plaintiffs Chamber of Commerce of the United States of America's and Tyler Area Chamber of Commerce's notice of voluntary dismissal (Docket No. 12). As per the notice, all claims in this case are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **26th** day of **August, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE